IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANTHONY LOGAN BARRETT                                              PLAINTIFF

v.                              CASE NO. 2:20-CV-2025

SHERIFF RON BROWN                                                  DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 36) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendant's Motion for Summary Judgment (Doc. 27). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. 27) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this May 20, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE